UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | DOCKET NO.  3:17cr202 (VAB) |
| | : | |
| v. | : | |
| | : | |
| JOHN DIMENNA | : | SEPTEMBER 14, 2017 |

MOTION FOR EXTENSION OF TERRITORIAL LIMTS OF BOND

Defendant John DiMenna moves for permission to temporarily extend the territorial limits of his bond to allow him to visit his son in Portland, Maine.  In connection with this motion, the undersigned counsel represents as follows:

1. On September 11, 2017, Mr. DiMenna waived indictment and pleaded guilty to two counts of wire fraud.

2. The Court released the defendant subject to several conditions, including that his travel be restricted to Connecticut, Florida, New York, and New Jersey.

3. Mr. DiMenna resides in Vero Beach, Florida.  Since September 7, 2017, he has been in Connecticut in connection with these proceedings and intends to return to Florida on or about September 22, 2017.

4. Before returning to Florida, Mr. DiMenna would like to visit his son in Portland, Maine from September 15, 2017 through September 20, 2017.

5. As noted during court proceedings, the undersigned counsel is in possession of Mr. DiMenna's passport.  Mr. DiMenna has signed a $250,000 bond per the Court's release order.  There is no indication that Mr. DiMenna poses a flight risk or a danger to the community.

6. Undersigned counsel has communicated with counsel for the government (AUSA Christopher Schmeisser), who has indicated that he has no objection to the granting of this motion.

7. Undersigned counsel has communicated with the United States Probation Office (USPO January Welks), who has indicated that she has no objection to the granting of this motion.

WHEREFORE, Defendant John DiMenna moves for permission to temporarily extend the territorial limits of his bond to allow him to visit his son in Portland, Maine during the period from September 15 through September 20, 2017.

                DEFENDANT
                JOHN DIMENNA

By: /s/ Brian E. Spears
     Brian E. Spears
     Federal Bar No. ct14240
     SPEARS MANNING LLC
     2425 Post Road, Suite 203
     Southport, CT  06890
     Telephone:  (203) 292-9766
     Facsimile:  (203) 292-9682
     Email:  bspears@spearsmanning.com

CERTIFICATION

     I hereby certify that on September 14, 2017, a copy of the foregoing Appearance was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's CM/ECF system.

/s/ Brian E. Spears
Brian E. Spears
Federal Bar No. ct14240
SPEARS MANNING LLC
2425 Post Road, Suite 203
Southport, CT  06890
Telephone:  (203) 292-9766
Facsimile:  (203) 292-9682
Email:  bspears@spearsmanning.com